UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RONNIE L. MOUNGLE**                                      **CIVIL ACTION**

**VERSUS**                                                 **NO. 15-3905**

**ORLEANS PARISH SHERIFF DEPT.,**                          **SECTION "H"(4)**
**SHERIFF MARLIN GUSMAN**

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Ronnie L. Moungle's complaint pursuant to 42 U.S.C. § 1983 against the defendants, the Orleans Parish Sheriff's Office and Sheriff Marlin Gusman, is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 3rd day of May, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**